# UNITED STATES DISTRICT COURT

for the

District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 SEP 16  AM 10: 51

BY ___AL___
CLERK
DEPUTY CLERK

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. 2:24-mj-00100 |
| Three Cellular Telephones, Further Described in Attachment A, Currently in the Custody of Homeland Security Investigations in South Burllington, Vermont | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein.

located in the _____ District of _____Vermont_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. §§ 841(a)(1), 843, 846 | Distribution of, use of a communication facility in furtherance of, and conspiracy to distribute controlled substances |

The application is based on these facts:

See attached Affidavit, incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael Longevin, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/16/2024_____

_____
*Judge's signature*

City and state:  Burlington, VT

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*