# ATTACHMENT A

*Property to be searched*

1. The property to be searched (the "SUBJECT DEVICES") is:

    a. A white iPhone contained within a black case currently stored as evidence in bag #A7135347 at HSI ("DEVICE 1").

    b. A black Samsung Android phone currently stored as evidence in bag #A7135343 at HSI ("DEVICE 2").

    c. A blue Motorola Android phone currently stored as evidence in bag #A9834235 at HSI ("DEVICE 3").

The SUBJECT DEVICES are currently in the custody of Homeland Security Investigations, in South Burlington, Vermont.

This warrant authorizes the physical and forensic examination of the SUBJECT DEVICES for the purpose of identifying the electronically stored information described in Attachment B.